UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HUSH LITTLE BABY, LLC,

        Plaintiff,

v.                              CASE NO. 8:13-CV-2027-T-17AEP

CHERI CHAPMAN, et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 43      Report and Recommendation

     Plaintiff Hush Little Baby, LLC moved for entry of default judgment on Counts I through VI of the First Amended Complaint (Dkt. 23). (Dkt. 29).

     The Court granted Plaintiff's request for entry of a default judgment in part as to liability, and referred the determination of damages to the assigned Magistrate Judge for a hearing, if necessary, and for a Report and Recommendation. (Dkts. 34, 35). Counts III and V were dismissed with prejudice. (Dkt. 34). An evidentiary hearing was conducted on February 11, 2016. The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that damages in the amount of $100,479.18 be awarded ($64,259.38 for Counts I and II; $25,000.00 for Count IV, and $11,220.00 for Count VI).

     The Court has independently reviewed the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

Case No. 8:13-CV-2027-T-17AEP

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. The Court has granted Plaintiff Hush Little Baby, LLC's Motion for Default Judgment as to liability on Counts I, II, IV and VI, and dismissed Counts III and V with prejudice. (Dkt. 34). The Court awards damages in the amount of $100,479.18 to Plaintiff Hush Little Baby, LLC, c/o Haleigh Almquist, 3403 W. Wallcraft Ave., Tampa, FL, 33611 and against Defendant Cheri Chapman, 1612 K. Professional Boulevard, Crofton, MD, 21114. The Clerk of Court **shall enter** a Final Judgment in favor of Plaintiff Hush Little Baby, LLC, c/o Haleigh Almquist, 3403 W. Wallcraft Ave., Tampa, FL, 33611 and against Defendant Cheri Chapman, 1612 K. Professional Boulevard, Crofton, MD, 21114 in the amount of $100,479.18, and **close this case**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 14th day of July, 2016.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2